583 A.2d 335

STATE OF NEW JERSEY v. ERVAN D. CRIBB.

March 7, 1990.

Petition for certification denied.

583 A.2d 335

STATE OF NEW JERSEY v. CURTIS SMITH.

March 7, 1990.

Petition for certification denied.

583 A.2d 335

STATE OF NEW JERSEY v. EDGAR BAEZ.

March 7, 1990.

Petition for certification denied.   (See 238 *N.J.Super.* 93, 569 *A.*2d 268)

583 A.2d 335

STATE OF NEW JERSEY v. MATTHEW JAMES BREWER.

March 7, 1990.

Petition for certification denied.